

**Abby Robinson Law Firm PLLC.**
**Abby Robinson, ESQ.**

530 George street
Suite 200
Jackson, MS 39202
Phone: 601-321-9343
Fax: 601-487-6326

**Email: arobinsonlawfirm@yahoo.com**

**E-mail: abby@askabbylaw.com**

---

December 27, 2017

**CASE: 3:17-cv-1003**

RE: Your Mistaken Letter

Mr. Whitfield III and all of whom where copied with the letter to Abby Robinson Law Firm PLLC. from Copeland Cook, Taylor & Bush P.A.,

Mister,

You and your firm have replied to Abby Robinson ESQ., via this email and faxed letter in an attempt to bully my firm in the representation of Ms. Dennis. Shame on you! Let me be very clear, it did not work! If fact, pursuant to F.R.C.P. 11, this firm has followed the Federal guidelines as to Case Number 317-cv-1003 Amended Complaint. You on the other hand, have violated the rules. The F.R.C.P. requires you to file your responses via CM/ECF System, instead, you chose to attempt to Bully my firm. Wrong choice! In so doing, you have violated several Rules of Professional Conduct. Perhaps

**Exhibit "3"**

to you those rules are merely paper weights, I will inform all partie of this assumably fact when I file the complaint against you and your firm, Additionally, If you attempt these injurious threats to this firm again, I will report your conduct to the Mississippi Bar, while seeking to understand why you thought bullying this firm would run us away from seeking justice for our client.

Moreover, I intend to use this letter against you in the litigation to show how you actually thought bullying a new lawyer could cause a lawyer to misrepresent their client. Sorry, I am not one of those.

Again, pursuant to Federal Civil Procedure rules, when a defendant receives a complaint or amended complaint, he is required to provide an answer to the complaint, not provide a bully ignorant letter to plaintiffs attorney. Moreover, it appears that the merits of this case concerns you all. It should. We have every intention of fulfilling our representation to Ms. Dennis against your clients and the over prescribing licensed drug dealing doctor as the complaint contends.(See amended complaint).

Last, remember this letter will be used against you in trial before the jury and the entire state of Mississippi. Like bad doctors, we believe bullying lawyers should be exposed. Maybe even on 6:00 news. Think about it before you send any further emails to this firm, when you simply could have answered the complaint and filed whatever motion you feel is necessary. But if you ever threaten me and my firm in this capacity again, we are going across the street to the Mississippi Bar as well as file a suit against you and your firm. Remember, it goes both ways.

Furthermore, your "good faith letter", as you called it, was actually erroneously "bad faith", whereby, we intend to disclose to citizens of Mississippi.

Thank you for revealing the type of firm you are and we are ready to litigate.

*Abby Robinson ESQ*